# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Erick Brask,

        Plaintiff,                          Civil 06-11 (PAM/JSM)

v.

                                          **ORDER OF DISMISSAL**

Heartland Automotive Services, Inc.,

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June __15__, 2005

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge